UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL SMALLWOOD | CIVIL ACTION |
| VERSUS | NO. 12-2812 |
| N. BURL CAIN | SECTION "H"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Samuel Smallwood's **Motions to Amend or Supplement § 2254 Petition and to Stay the Petition in Abeyance to Exhaust State Remedies (Rec. Doc. Nos. 15, 16)** are **DENIED**.

**IT IS FURTHER ORDERED** that Smallwood's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 22nd day of October, 2013.

UNITED STATES DISTRICT JUDGE
JANE TRICHE MILAZZO